**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Francis G. Gardus

                        **Debtor(s)**

:   **CHAPTER 13**
:
:   **CASE NO.** 5 - 17 **-bk-** 02476
:
:
:
:

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4310.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 2500.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 1810 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 0 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 1810 |

Dated: 8/31/2017

/s/ Mark J. Conway

Attorney for Debtor