```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 17-02476-RNO
Francis G Gardus                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: DGeorge          Page 1 of 1            Date Rcvd: Mar 20, 2019
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
              +Gretchen L. Gardus,    35 Ontario Street,    Simpson, PA 18407-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Francis G Gardus info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Francis G Gardus** | | Chapter: | 13 |
| | **Debtor 1** | Case No: | 5-17-bk-02476 RNO |
| **Ditech Financial LLC fka Green Tree Servicing LLC** | | Document No.: | 36 |
| vs. | **Movant(s)** | Nature of Proceeding: | **Motion for Relief from Automatic Stay** |
| **Francis G. Gardus** | | | |
| **Gretchen L. Gardus** | | | |
| **Charles J. DeHart, III Esq.** | | | |
| | **Respondent(s)** | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by May 4, 2019, the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from Automatic Stay for March 21, 2019, is hereby CANCELLED.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(PAR)

March 20, 2019

Order Stip Due or Relist – Revised 4/18