```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02476-RNO
Francis G Gardus                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: KADavis     Page 1 of 1     Date Rcvd: Apr 30, 2019
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
         +MS GRETCHEN L GARDUS,    35 ONTARIO STREET,     SIMPSON, PA 18407-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          bkgroup@kmllawgroup.com
         Mark J. Conway    on behalf of Debtor 1 Francis G Gardus info@mjconwaylaw.com,
          connie@mjconwaylaw.com;mjc@mjconwaylaw.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                   TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Francis G. Gardus<br>_Debtor_<br><br>Ditech Financial LLC fka Green Tree Servicing LLC<br>_Movant_<br>vs.<br><br>Francis G. Gardus<br>_Respondent_<br><br>Gretchen L. Gardus<br>Charles J. DeHart, III Esq.<br>_Additional Respondents_ | CHAPTER 13<br><br>NO. 17-bk-02476 RNO<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the stipulation *(docket 48)*, it is hereby ORDERED that the Stipulation *is approved*.

Dated: April 30, 2019

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RR)