```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 17-02476-RNO
Francis G Gardus                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: KADavis            Page 1 of 1            Date Rcvd: Oct 16, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
              +MS GRETCHEN L GARDUS,    35 ONTARIO STREET,    SIMPSON, PA 18407-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Francis G Gardus info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Sindi Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Francis G. Gardus
              Debtor

Ditech Financial LLC fka Green Tree Servicing LLC
              v.
Francis G. Gardus
              Respondent

Gretchen L. Gardus
Charles J. DeHart, III Esq.
              Additional Respondents

Chapter 13

NO. 17-bk-02476 RNO

11 U.S.C. Sections 362 and 1301

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on April 30, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Ditech Financial LLC fka Green Tree Servicing LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 35 Ontario St Carbondale, PA 18407.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: October 16, 2019      By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)