```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02476-RNO
Francis G Gardus                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Apr 01, 2020
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db           +Francis G Gardus,    35 Ontario Street,    Simpson, PA 18407-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           bkgroup@kmllawgroup.com
          Mark J. Conway    on behalf of Debtor 1 Francis G Gardus info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Sindi    Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-17-02476-RNO |
| | : | |
| FRANCIS G. GARDUS | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

## ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

Upon consideration of Debtor's Motion to Convert Case and no adverse party being represented and good cause appearing therefore, it is hereby **ORDERED AND DECREED** that the Motion is **GRANTED**, this case is hereby converted to one under Chapter 7 of the Bankruptcy Code.

Dated: April 1, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge (DG)