Certificate Number: 06531-PAM-DE-034730365

Bankruptcy Case Number: 17-02476



06531-PAM-DE-034730365

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2020</u>, at <u>4:12</u> o'clock <u>PM CDT</u>, <u>Frances Gardus</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 2, 2020</u>    By:  <u>/s/Jennifer Schuler</u>

Name:  <u>Jennifer Schuler</u>

Title:  <u>Certified Credit Counselor</u>