```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02476-RNO
Francis G Gardus                                                Chapter 7
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: admin              Page 1 of 1              Date Rcvd: Aug 13, 2020
                             Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Francis G Gardus,   35 Ontario Street,   Simpson, PA 18407-1147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              Mark J. Conway    on behalf of Debtor 1 Francis G Gardus info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Sindi   Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Francis G Gardus,   Chapter 7

**Debtor 1**

Case No.   5:17–bk–02476–RNO

Social Security No.:
xxx–xx–5987

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 12, 2020

BY THE COURT
By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)